05-323

To Whom It May Concern,
    I've submitted a motion to dismiss the motion I've filed. I haven't heard anything yet. I am waiting to file my sentence computation. Please allow me to know at your early convience when this matter has been taken care of.

            Thank you
            Sincerly
            Carol Richardson #1675379
            501 Capital Circle NE
            Tallahassee, Fl
                    32301

United States Courts
Southern District of Texas
FILED

MAR 17 2014

David J. Bradley, Clerk of Court

Carol Richardson #16953179
Federal Correctional Institution
501 Capital Circle NE
Tallahassee FL 32301

United States Courts
Southern District of Texas
FILED
MAR 17 2014
David J. Bradley, Clerk of Court

⇔16753-179⇔
US COURT SOUTHERN DISTRICT
PO BOX 61010
Houston, TX 77208
United States